

Products    Services    About Us    News    





## Years of PACS Innovation

Continued dedication to improving patient care, while increasing productivity and driving down costs.





PACS integration into your IT infrastructure.
[read more]



PACS change made easy: aycan liberates you from vendor dependency by offering a vendor neutral and fast PACS
[read more]

| Products | Applications | Services | About Us | Contact | Community |
|---|---|---|---|---|---|
| aycan store (PACS) | Follow-ups | Remote Support | About aycan | aycan Medical Systems, LLC | Newsletter |
| aycan workflow | Dental Medicine | Personal Service | Contact Us | 693 East Avenue | Blogspot |
| aycan xray-print | Mammography | Switch PACS | Quality Assurance | Rochester, NY 14607, USA | Twitter |
| aycan workstation | Nuclear Medicine | Integration | Testimonials | Phone: 585-473-1350 | Facebook |
| aycan mobile | Oncology | Migration | Careers | Fax: 585-473-1596 | Youtube |
| aycan web | Teleradiology |  | International Dealers | info@aycan.com | Pinterest |
| Partner Products | Vascular Surgery |  | Partners | www.aycan.com | TripIt |
|  | Dictation Speech |  | Imprint |  |  |
|  | Dynamic MRI |  |  |  |  |
|  | Private Cloud |  |  |  |  |
|  | Others |  |  |  |  |

 to top    close site map    Imprint    ☏ 585-473-1350    © aycan Medical Systems, LLC     German Engineering

**EXHIBIT B**

    Products    Services    About Us    News







PACS integration into your IT infrastructure.
[read more]

PACS change made easy: aycan liberates you from vendor dependency by offering a vendor neutral and fast PACS
[read more]

| Products | Applications | Services | About Us | Contact | Community |
|---|---|---|---|---|---|
| aycan store (PACS) | Follow-ups | Remote Support | About aycan | aycan Medical Systems, LLC | Newsletter |
| aycan workflow | Dental Medicine | Personal Service | Contact Us | 693 East Avenue | Blogspot |
| aycan xray-print | Mammography | Switch PACS | Quality Assurance | Rochester, NY 14607, USA | Twitter |
| aycan workstation | Nuclear Medicine | Integration | Testimonials | Phone: 585-473-1350 | Facebook |
| aycan mobile | Oncology | Migration | Careers | Fax: 585-473-1596 | Youtube |
| aycan web | Teleradiology |  | International Dealers | info@aycan.com | Pinterest |
| Partner Products | Vascular Surgery |  | Partners | www.aycan.com | TripIt |
|  | Dictation Speech |  | Imprint |  |  |
|  | Dynamic MRI |  |  |  |  |
|  | Private Cloud |  |  |  |  |
|  | Others |  |  |  |  |

 to top    close site map   Imprint    585-473-1350    © aycan Medical Systems, LLC    



Products     Services     About Us     News

 

## Our PACS Solutions

With a focus on vendor neutral integration and service, aycan is a worldwide provider of solutions for viewing, printing, sharing, and storing medical images and information that improve workflow efficiency and drive down costs.

From large hospitals to small imaging centers, our products can help improve any environment.

### German Engineering

aycan's main research and development facility is based in Würzburg, Germany, the same city where Röntgen discovered the 'x-ray' in 1895.

W.C. Röntgen

### aycan store
The VNA DICOM PACS Archive



A powerful, low cost, vendor neutral DICOM archive/distribution system.

[read more]

### aycan workflow
Integrated RIS/PACS



**aycan workflow** is a fully integrated RIS/PACS solution that provides a turnkey end-to-end digital imaging and patient management system.

[read more]

### aycan xray-print
#1 DICOM paper print solution



DICOM paper-print solution for sharing radiological images with referring physicians and patients.

[read more]

### aycan workstation
Multi-modality post-processing workstation



A Mac-based multi-modality workstation for post-processing and primary diagnosis.

[read more]

### aycan mobile
Teleradiology iPad App



The FDA 510(k) cleared **aycan mobile** iPad app makes teleradiology easy, fast, and secure.

[read more]

### aycan web
A DICOM viewer for image distribution



Distribute DICOM images and their associated information from **aycan store**.

With **aycan web** you can edit images without installing a particular client using a HTML5 compatible web browser.

[read more]

Home › Products





Products     Services     About Us     News

## aycan Mammography workstation

Advanced hanging protocols, optimized for mammography workflow, ensure a fast and consistent reading of studies. Key tools for mammography include:

- 5-MP Monitor Support
- 11-bit Monitor Support Plug-in
- Advanced Hanging Protocols
- Manual LUT Setup (e.g. Sigmoid)
- Support for Breast Tomosynthesis objects

**aycan mammography workstation supports Tomosynthesis Objects**



### Advanced Hanging Protocols



Get more information about advanced Hanging Protocols

[read more]

### 5MP Monitors



High-Resolution
Multi-Grayscale
High-Definition and High-Density

[read more]

### 8MP Monitors



31.1" Color
FDA cleared for Mammography and tomosynthesis

[read more]

### Film Digitizer and Printer



Film Digitizer
Film Printer

[read more]

### Full-Field Digital Mammography



Get more Information about FFDM

[read more]

Home » Applications » Mammography

to top     open site map     Imprint     📞 585-473-1350     © aycan Medical Systems, LLC     

aycan workstation - Post-processing Workstation
Case 8:16-cv-03108-MSS-TGW Document 1-2 Filed 11/03/16 Page 5 of 6 PageID 35
Page 1 of 1



Products    Services    About Us    News

## aycan workstation
Multi-modality post-processing workstation

With tools for general diagnostic reading and advanced post-processing, plus certified plug-ins, **aycan workstation** is the perfect solution wherever there is demand for fast and easy access to medical images.

[read more]

 FDA (USA) cleared as a medical device class II




### Benefits

General diagnostic tools
Advanced post-processing
Certified plug-ins
[read more]

### Applications

Dental Medicine
Mammography
Nuclear Medicine
Oncology
[read more]

### New Features Version 3.0

Series Navigator
Viewer Macros
Segmentation
Digital Dictation
[read more]

### Structured Reporting

Create individual Reports (optional)
Easy distribution
BI-RADS, PI-RADS, NASCET, AAA, ...
[read more]

### Deconstructed PACS

Less compromise
Best of Breed
Vendor Independence
[read more]

### Mac & Windows

Integration
User and system administration
Security aspects
[read more]

### Plug-Ins

Plug-Ins for Recist, Ejection Fraction, Hanging Protocols, Vessel Analysis, FusionSync, ...
[read more]

### Free Demo

Curious?
Try free for 30 days.
[read more]

### FAQ

Supported OS X Versions
Supported Displays
Minimal System Requirements
[read more]

Home › Products › aycan workstation

↖ to top     ↖ open site map    Imprint    ☎ 585-473-1350    © aycan Medical Systems, LLC    

International Dealers - Find us worldwide
Case 8:16-cv-03108-MSS-TGW Document 1-2 Filed 11/03/16 Page 6 of 6 PageID 30
Page 1 of 1



Products    Services    About Us    News

## International Dealers

Contact us directly or through one of our qualified dealers around the globe. We sell our solutions worldwide directly. Move your mouse over a blue labelled country to get information about a local partner in that area. If your country is not listed, please contact aycan International.



Home > About Us > International Dealers

↗ to top     ∧ open site map    Imprint    ✆ 585-473-1350    © aycan Medical Systems, LLC    German Engineering