UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

    Plaintiff,

v().                                         Case No.  8:16-cv-03108-MSS-TGW

AYCAN MEDICAL SYSTEMS, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, and Defendant, AYCAN MEDICAL SYSTEMS, LLC, through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney's fees in connection with this matter.

Dated this 14th day of June, 2017

| | |
|---|---|
| */s/John A. Artz* | */s/George R. McGuire* |
| John A. Artz (Admitted *Pro Hac Vice*) | George R. McGuire |
| Michigan Bar No. P24679 | New York Bar No. 2826345 |
| Franklin M. Smith (Admitted *Pro Hac Vice*) | BOND, SCHOENECK & KING, PLLC |
| Michigan Bar No. P76987 | One Lincoln Center |
| DICKINSON WRIGHT PLLC | 110 West Fayette Street |
| 2600 W. Big Beaver Rd., Suite 300 | Syracuse, NY 13202-1355 |
| Troy, Michigan 48084 | Telephone: (315) 218-8000 |
| (248) 433-7200 | Facsimile: (315) 218-8100 |
| (248) 433-7274 - Fax | gmcguire@bsk.com |
| jartzsr@dickinsonwright.com | |
| fsmith@dickinsonwright.com | |

1

<div style="display: flex;">

<div>

John K. Harrop (Admitted *Pro Hac Vice*)  
Virginia Bar No. 38548  
P.O. Box 320171  
Alexandria, VA  22320  
(202) 230-6480  
harrop@vapatent.com  

Gregory A. Hearing  
Florida Bar No:  817790  
Benjamin W. Bard  
Florida Bar No. 95514  
201 N. Franklin Street, Suite 1600  
Tampa, FL 33602  
(813) 273-0050  
(813) 273-0072 - Fax  
ghearing@tsghlaw.com  
bbard@tsghlaw.com  
*LOCAL COUNSEL*

*COUNSEL FOR PLAINTFF*

</div>

<div>

Abood Shebib  
Florida Bar No. 102838  
BOND, SCHOENECK & KING, PLLC  
4001 Tamiami Trail North, Suite 250  
Naples, FL 34103-3555  
Telephone: (407) 839-4200  
Facsimile: (407) 425-8377  
ashebib@bsk.com  

*COUNSEL FOR DEFENDANT*

</div>

</div>